| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>EDMUNDS, NANCY G. | 2. Court or Organization<br><br>EASTERN DISTRICT, MI (Active) | 3. Date of Report<br><br>4/18/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>851 THEODORE LEVIN U.S. COURTHOUSE<br>231 LAFAYETTE BOULEVARD<br>DETROIT, MI 48226 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Visitors | Wayne State Law School Board of Visitors |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EDMUNDS, NANCY G. | 4/18/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EDMUNDS, NANCY G. | 4/18/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EDMUNDS, NANCY G. | 4/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Janus Henderson Growth & Income Fund Class D * | A | Dividend | J | T | | | | | |
| 2. Citizens Bank | | None | J | T | | | | | |
| 3. Janus Henderson Global Select Fund Class D * | A | Dividend | J | T | | | | | |
| 4. Janus Henderson Growth & Income Fund Class T * | B | Dividend | K | T | | | | | |
| 5. Janus Henderson Enterprise Fund Class D * | A | Dividend | J | T | | | | | |
| 6. Putnam International Equity Fund Class A | A | Dividend | J | T | | | | | |
| 7. Putnam International Capital Opportunities Fund Class A | A | Dividend | J | T | | | | | |
| 8. ABA Retirement Fund (Lifetime Income Retirement Fund) | E | Dividend | | | Closed | 08/02/17 | N | E | |
| 9. Janus Henderson Overseas Fund Class T * | A | Dividend | J | T | | | | | |
| 10. Janus Henderson Global Life Sciences Fund Class T * | A | Dividend | J | T | | | | | |
| 11. Janus Henderson Growth and Income Fund Class T * | A | Dividend | K | T | | | | | |
| 12. Janus Henderson Enterprise Fund T * | A | Dividend | J | T | | | | | |
| 13. Janus Henderson Enterprise Fund T * | A | Dividend | J | T | | | | | |
| 14. Janus Henderson Research Fund T * | A | Dividend | J | T | | | | | |
| 15. Putnam Growth Opportunities Class A | A | Dividend | J | T | | | | | |
| 16. Putnam Vista Multi-Cap Growth Fund A | A | Dividend | J | T | | | | | |
| 17. FDIC Insured Deposit Huntington Bank | A | Interest | L | T | Open | 08/02/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EDMUNDS, NANCY G. | 4/18/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FDIC Insured Deposit Peoples Bank | B | Interest | M | T | Open | 08/02/17 | M | | |
| 19. Fidelity China Region Fund | A | Dividend | K | T | Open | 11/14/17 | K | | |
| 20. Fidelity International Capital Appreciation Fund | A | Dividend | K | T | Open | 09/08/17 | K | | |
| 21. Fidelity Emerging Markets Fund | A | Dividend | K | T | Open | 10/17/17 | K | | |
| 22. Fidelity Emerging Markets Fund | A | Dividend | K | T | Open | 11/27/17 | K | | |
| 23. Fidelity NASDAQ Composite Index Fund | A | Dividend | K | T | Open | 09/08/17 | K | | |
| 24. Fidelity Asset Manager 30% Fund | A | Dividend | L | T | Open | 09/08/17 | L | | |
| 25. Fidelity Small Cap Growth Fund | A | Dividend | K | T | Open | 09/08/17 | K | | |
| 26. Fidelity Select Chemicals Fund | A | Dividend | J | T | Open | 11/22/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| EDMUNDS, NANCY G. | 4/18/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, Investments and Trusts

\* The following accounts had a name changes in 2017 as follows:

Janus Henderson Growth & Income Fund Class D formerly Janus Growth & Income Fund Class D
Janus Henderson Global Select Fund Class D formerly Janus Global Select Fund Class D
Janus Henderson Growth & Income Fund Class T formerly Janus Growth & Income Fund Class T
Janus Henderson Enterprise Fund Class D formerly Janus Enterprise Fund Class D
Janus Henderson Overseas Fund Class T formerly Janus Overseas Fund Class T
Janus Henderson Global Life Sciences Fund Class T formerly Janus Global Life Sciences Fund Class T
Janus Henderson Growth and Income Fund Class T formerly Janus Growth and Income Fund Class T
Janus Henderson Enterprise Fund T formerly Janus Enterprise Fund T
Janus Henderson Enterprise Fund T formerly Janus Enterprise Fund T
Janus Henderson Research Fund T formerly Janus Research Fund T


NOTE: The ABA Retirement Fund (Lifetime Income Retirement Fund) - Line 8 - was closed on 08/02/17 and rolled over to the accounts listed on Lines 17-26.

| Name of Person Reporting | Date of Report |
|---|---|
| EDMUNDS, NANCY G. | 4/18/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ NANCY G. EDMUNDS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544